# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

MATTHEW SHOOP,

      Plaintiff,                                 Case No.: 8:25-cv-886-JSM-CPT

v.

OAKLEY PRODUCTIONS LLC,

      Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, MATTHEW SHOOP, by and through their undersigned counsel, hereby give notice of voluntary dismissal with prejudice of the Complaint filed against Defendant, OAKLEY PRODUCTIONS LLC, in the above-styled action, with each party to bear their own costs and attorneys' fees.

Dated: April 20, 2026.

                      Respectfully submitted,

                                /s/ Joseph F. Southron
                                Joseph F. Southron, Esq.
                                Florida Bar Number: 122109
                                **SOUTHRON FIRM, P.A.**
                                400 N. Ashley Drive, Suite 1720
                                Tampa, Florida 33602
                                Telephone: (813) 773-5105
                                Fax: (813) 773-5103
                                E-Mail: joe@southronfirm.com
                                Secondary E-Mail:
                                eservice@southronfirm.com

*Attorney for Plaintiff Shoop*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on

April 20, 2026, with the Court via CM/ECF system, which will send notification

of such filing to all parties and counsel of record.

/s/ Joseph F. Southron
Joseph F. Southron
Florida Bar No. 122109
*For the Firm*

2